RECEIVED
In T... ...
Rev. 6/03
CLERK, U... ...CT ...URT
GR... ... N...

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Pro se [Non-prisoner] Complaint Form

FILED
FEB - 2 2006
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N. C.
By _____

Joanne Hairston,
(Your Name)
Plaintiff,

v.

Wake Forest University
Baptist Medical Center

Defendant(s).

Civil Action No. _____
(to be assigned by the Clerk)

**1:06CV00110**

## COMPLAINT

I. JURISDICTION

U.S. District Court Middle District of NC

II. PARTIES

A. Plaintiff

Name of Plaintiff: Joanne Hairston

Address: 3450 Healy Dr #5C
WS, NC 27103

B. Defendant(s) (**Notice**: A person must be identified in subsections B and C in order to be considered as a defendant.)

Name of Defendant: Wake Forest Medical Baptist Med Ctr

Current Address: Medical Ctr Blvd
WS, NC 27157

C.  Additional Defendants (please provide the same information for each defendant as listed in Item B above):

Dr. Douglas Kilgus
Medical Center Drive
WS, NC 27157

Dr Joseph Molnar
Medical Center Drive
WS, NC 27157

III. STATEMENT OF CLAIM
(State here as briefly as possible the FACTS of your case. Do this by identifying the alleged legal wrong and by describing how each defendant named in Section II.B. and C. above is personally responsible for depriving you of your rights. Include relevant times, dates, and places. Also, you must state the basis for federal jurisdiction. In other words, why should the case be in federal court as opposed to state court. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES. Number and set forth each separate claim in a separate paragraph.) (Attach extra sheets if necessary.)

In Feb 1999 the Defendants placed a left hip prothesis in Ms. Hairston. In March 2001 Ms. Hairston was informed that because of infection the device would have to be removed. Dr Kilgus removed the device. Since this time Ms. Hairston

III. STATEMENT OF CLAIM - continued.

Since this time ms. Hairston has not had the use of her left leg.

In Sept 2001 Dr. Kilgus attempted to replace the prosthesis. After opening up the hip area he found that the bone structure was not conducive to another prosthesis and closed the wound. Infection set in and the wound would not not heal. From 1/02 to 12/02 Dr Joseph molnar performed more than 10 surguries trying to clean the source of infection. In 2/03 Dr molnar found a wire that had been left in ms. Hairston's hip area from the Removal of the prosthesis. The wire was corroded and embedded into ms Hairstons Tissue.

IV.  RELIEF

State briefly and exactly what relief you want from this court.

Monetary Relief:

2,000,000    Damages

2,000,000    Pain and Suffering

Signed this 28 day of JANUARY, 20 06

_Jeanne Faircloth_
Signature of plaintiff

3450 Healy Dr #5C
Address

WS, NC  27105

336-760-6836
Telephone number